

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00171-CV

———————————————

IN RE JACOB WHITE, Relator

---

Original Proceeding
County Criminal Court No. 10 of Tarrant County, Texas
Trial Court No. HB 10054, JP03-23-PB00000010

---

Before Bassel, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## AMENDED MEMORANDUM OPINION

We withdraw our opinion of May 18, 2023, and substitute the following.

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of habeas corpus is denied.

Per Curiam

Delivered:  July 31, 2023